Peter W. Craigie, State Bar No. 99509
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Attorneys for Defendants and Counterclaimants
ANTHONY BAKER, FORE A PARTNERS, INC.,
MICHAEL MCKEE, KEN HAYES and MICHAEL
LEITNER-YOUNG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INFINITE SOFTWARE CORPORATION and ALTOS TECHNOLOGY GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY BAKER, FORE A PARTNERS, INC., MICHAEL MCKEE, KEN HAYES an MICHAEL LEITNER-YOUNG, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: CV08-06249 R (Ex) <br><br> **ORDER GRANTING PRELIMINARY INJUNCTION** |

Plaintiffs Infinite Software Corporation and Altos Technology Group, Inc.'s Motion for

Preliminary Injunction came on for hearing on December 15, 2008 before the Honorable

Manuel L. Real.  Randal V. Brumbaugh appeared for plaintiffs and moving parties.  Peter W.

Craigie appeared for defendants Anthony Baker, Michael McKee, Ken Hayes, Michael Leitner-

Young and Fore A Partners, Inc.

After considering the submissions of the parties and after hearing arguments of counsel,

IT IS HEREBY ORDERED THAT:

///

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

Order Granting Preliminary Injunction

1.  Pursuant to paragraphs 1.14 and 1.15 of his employment agreement with Altos, defendant Anthony Baker is enjoined from soliciting Altos' employees and customers for 36 months from the termination of his employment with Altos on September 8, 2008.

2.  All other relief sought by plaintiffs in their motion for preliminary injunction is denied.

3.  This order shall become effective upon plaintiffs posting a bond in the amount of $5,000.00 pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:  _January 09, 2009___          _____

                                            Hon. Manuel L. Real

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2
Order Granting Preliminary Injunction